

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
  TERRIE LIVINGSTON

JUSTICES
  LEE ANN DAUPHINOT
  ANNE GARDNER
  SUE WALKER
  BILL MEIER
  LEE GABRIEL
  BONNIE SUDDERTH

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196-0211

TEL: (817) 884-1900

FAX: (817) 884-1932

www.txcourts.gov/2ndcoa

CLERK
  DEBRA SPISAK

CHIEF STAFF ATTORNEY
  LISA M. WEST

GENERAL COUNSEL
  CLARISSA HODGES

May 13, 2015

Tim B. Copeland
PO Box 399
Cedar Park, TX 78613-3977
* DELIVERED VIA E-MAIL *

Constance K. Hall
The Law Office of Constance K. Hall,
PLLC
835 E. Lamar Blvd., Ste. 330
Arlington, TX 76011
* DELIVERED VIA E-MAIL *

Dee Peavy
District Attorney
Young County Courthouse
516 Fourth Street
Graham, TX 76450
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:   02-15-00065-CR, 02-15-00066-CR,
        02-15-00067-CR, 02-15-00068-CR

        Trial Court Case Number:   08792, 08793, 08796, 08794

Style:   Pablo Gonzales, Jr.
         v.
         The State of Texas

The reporter's record has been filed under the date of Tuesday, May 12, 2015, in the above referenced causes.

Respectfully yours,

DEBRA SPISAK, CLERK

*Debra Spisak*

By: Karen Brown, Deputy Clerk